1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, OR SBN #116342
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   VICKY D. GALLANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-00130-SAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO TERMINATE |
| vs. | ) | PROBATION; ORDER |
| | ) | |
| VICKY D. GALLANT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Vicky D. Gallant, by and through her counsel of record, Assistant Federal Defender Erin Snider, hereby moves for early termination of her term of unsupervised probation pursuant to 18 U.S.C. § 3564(c).  The government joins in this request.

On October 2, 2014, Ms. Gallant pled guilty to driving while privileges suspended or revoked for prior DUI, a violation of 36 C.F.R. § 4.2 (Cal Veh. Code § 14601.2(a)).  That same date, the Court sentenced Ms. Gallant to serve eighteen months of unsupervised probation, to expire on April 1, 2016.  As conditions of her probation, the Court ordered Ms. Gallant to: (1) pay a $750 fine and a $10 special assessment in monthly installments of $50, beginning November 15, 2014; and (2) obey all local, state, and federal laws.

Ms. Gallant has complied with all conditions of probation.  She finished paying her monetary penalty on May 14, 2015—eight months early—and she has not been arrested, cited, or charged with any federal, state, or local criminal offenses since being placed on probation by this

Court.

Ms. Gallant now requests that the Court terminate her term of unsupervised probation. She has been on probation for nearly eleven months and has fully complied with the terms of her probation. Early termination of Ms. Gallant's term of unsupervised probation is therefore "warranted by the conduct of [Ms. Gallant] and the interest of justice." 18 U.S.C. § 3564(c).

WHEREFORE, Ms. Gallant requests that the Court terminate her term of unsupervised probation pursuant to 18 U.S.C. § 3564(c) and vacate the October 15, 2015 review hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 2, 2015

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
VICKY D. GALLANT

## **O R D E R**

Pursuant to Ms. Gallant's request for early termination of her term of unsupervised probation, the Court hereby terminates Ms. Gallant's term of unsupervised probation pursuant to 18 U.S.C. § 3564(c). Ms. Gallant's term of unsupervised probation is terminated on October 1, 2015. The October 15, 2015 review hearing is vacated.

IT IS SO ORDERED.

Dated:   **September 2, 2015**

UNITED STATES MAGISTRATE JUDGE